No. 02–9069. PENDLEY v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–9070. MURPHY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 02–9071. KIRSCH v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–9074. SANG XUAN DANG v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–9080. STEPHENSON v. KRAMER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–9084. WELLS v. CHU. C. A. 9th Cir. Certiorari denied.

No. 02–9089. KENNER v. LEWIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–9090. LAFAELE v. GARNICA. C. A. 9th Cir. Certiorari denied.

No. 02–9091. KUTSKA v. MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–9092. PAYNE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–9094. CHAYOON v. MASHANTUCKET PEQUOT GAMING ENTERPRISE ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–9097. ABDELSAMED v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–9098. LOVE v. CARTER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–9103. BROOKS v. HOOKS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.